JPML FORM 1A

DOCKET ENTRIES

P. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 618 -- In re Newark, New Jersey, Texaco Explosion on January 7, 1983

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/09/13 | 1 | MOTION, BRIEF, SCHEDULE, & CERT. OF SVC. -- Motion of deft. Consolidated Rail Corporation for transfer of actions Pursuant to 28 U.S.C. 1407 (A-1 thru A-5) Suggested Transferee District: New Jersey Suggested Transferee Judge: ? (rh) |
| 84/09/21 | | HEARING ORDER -- setting motion to transfer A-1 thur A-5 for Panel Hearing in Galveston, Texas on October 23, 1984 (rh) |
| 84/09/21 | | Appearance: P.A. Morrison, Esq for Colonial Pipeline Company (rh) |
| 84/09/24 | | Appearance: JOSEPH A. COFFEY, JR., ESQ. for Peter F. O'Donnell, et al.; JOHN E. BURGIO, ESQ. for Robert M. Centano et al. (rh) |
| 84/09/25 | | Appearance: LOUIS RUPRECHT, ESQ. for Consolidated Rail Corp., (rh) |
| 84/09/28 | | Appearance: KEVIN E. WOLFF, ESQ. for Texaco (rh) |
| 84/10/01 | 2 | LETTER/RESPONSE -- Pltf. Alan Peterson -- w/cert. of svc. (emh) |
| 84/10/02 | | APPEARANCE -- Philip B. Vinick for Alan Peterson (emh) |
| 84/10/04 | 3 | LETTER (Re: A-3) -- Consolidated Rail Corp. (signed by Louis Ruprecht) -- w/cert. of svc. (emh) |
| 84/10/11 | | APPEARANCE -- STANLEY P. FISHMAN for Central Steel Drum Co. (emh) |
| 84/10/19 | | WAIVERS OF ORAL ARGUMENT: All waived (cds) |
| 84/10/29 | 4 | LETTER/RESPONSE -- Donald McCool & Robert Travis (emh) |
| 84/10/30 | | APPEARANCE -- PHILLIP S. ARENSBERG, ESQ. for Donald McCool & Robert Travis (rh) |

| Date | Entry |
|---|---|
| 84/11/01 | CONSENT OF TRANSFEREE COURT -- for litigation to be assigned to the District of New Jersey pursuant to 28 U.S.C. §1407 to Judge Dickson R. Debevoise. (rew) |
| 84/11/01 | TRANSFER ORDER -- transferring A-1 and A-2 to the District of New Jersey for assignment to Judge Dickson R. Debevoise pursuant to 28 U.S.C. §1407. Notified Transferee Clerk, Involved Clerks, Involved Judges, Counsel, Recipients and Hearing Clerk (rew) |

JPML Form 1

Revised: 8/78

DOCKET NO. 618 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| October 23, 1984 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Nov. 1, 1984 | TO | unpublished | New Jersey | Dickinson R. Debevoise | |

new # 84-379 (DRD)

**Special Transferee Information**

DATE CLOSED: 6/87

JPML FORM 1    LISTING OF INVOLVED ACTIONS    P. 1

DOCKET NO. 618 -- In re Newark, New Jersey, Texaco Explosion on January 7, 1983

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Donald McCool v. Consolidated Rail Corporation | N.D.N.Y. Miner | 84-CV-589 | 11-1-84 | 84-5005 | closed 6/15/87 D | |
| A-2 | Robert Travis v. Consolidated Rail Corporation | N.D.N.Y. Miner | 84-CV-720 | 11-1-84 | 84-4897 | 6/9/87 D | |
| A-3 | Peter F. O'Donnell, et al. v. Consolidated Rail Corporation, et al. | D.N.J. ~~E.D.Pa.~~ ~~Shapiro~~ Lacey | 84-284 ~~84-0787~~ | | | 6/11/87 D | 2404 |
| A-4 | Alan Peterson v. Consolidated Rail Corporation, et al. | D.N.J. Debevoise | 84-2890 | | | 1/13/86 D | |
| A-5 | Robert M. Centano, et al. v. Consolidated Rail Corporation, et al. | D.N.J. Debevoise | 84-3388(L) | | | closed | |
| A-5 ~~XYZ-6~~ | Robert M. Centano, et al. v. Colonial Pipeline Co. (Consolidated with A-5) | D.N.J. | 85-50 | | | | |

July 1985 - 2 TR; 3 XYZ; 5 Pending
July 1986 - ~~~~ / Dis / 4 Pdg.
July 1987 - ~~4~~ Dis / 0 ~~Pdg.~~

Docket Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 618 -- In re Newark, New Jersey, Texaco Explosion on January 7, 1983

---

DONALD MCCOOL (A-1)
ROBERT TRAVIS (A-2)
Phillip S. Arensberg, Esquire
McClung, Peters, Simon & Arensberg
41 State Street, Suite 700
Albany, New York  12207

PETER F. O'DONNELL, ET AL. (A-3)
Joseph A. Coffey, Jr., Esquire
Coffey, Keller & Kaye
835 Land Title Bldg.
100 S. Broad St.
Philadelphia, Pa.  19110

ALAN PETERSON (A-4)
Philip B. Vinick, Esq.
Cohn & Lifland
Park 80 Plaza West One
Saddle Brook, New Jersey  07662

ROBERT M. CENTANO, ET AL.  (A-5)
John E. Burgio, Esquire
Johnson, Gallagher & Burgio
10 Forest Avenue
P.O. Box 407
Caldwell, New Jersey  07006

CONSOLIDATED RAIL CORPORATION
Louis Ruprecht, Esquire
McDermott, McGee & Ruprecht
64 Main Street
P.O. Box 192
Millburn, New Jersey  07041

TEXACO, INC.
Kevin E. Wolff, Esquire
651 W. Mt. Pleasant Avenue
Livingston, New Jersey  07039

COLONIAL PIPELINE COMPANY
P. A. Morrison, Esquire
Colonial Pipeline Co.
P.O. Box 18855
Atlanta, Georgia  30326

CENTRAL STEEL DRUM CO.
Stanley P. Fishman, Esq.
Greenberg, Margolis, Ziegler
  & Schwartz
Three A.D.P. Boulevard
Roseland, New Jersey  07068

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 618 -- In re Newark, New Jersey, Texaco Explosion on January 7, 1983

| Name of Party | Named as Party in Following Actions |
|---|---|
| Consolidated Rail Corporation | A-1, A-2, A-3, A-4, A-5 |
| Texaco, Inc. | A-3, A-4, A-5 |
| Central Steel Drum Company | A-4 |
| Colonial Pipeline Co. | A-4, |