JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV -1 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 618

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NEWARK, NEW JERSEY, TEXACO EXPLOSION ON JANUARY 7, 1983

TRANSFER ORDER*

This litigation consists of five actions pending in two federal districts:  three actions in the District of New Jersey and two actions in the Northern District of New York.[1]  Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by defendant Consolidated Rail Corporation (Conrail) to centralize the actions in the District of New Jersey for coordinated or consolidated pretrial proceedings.  One New Jersey plaintiff joins in Conrail's motion, and no party has opposed the motion.

On the basis of the papers filed,[2] the Panel finds that these actions involve common questions of fact and that centralization under 28 U.S.C. §1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.  These actions share numerous factual questions arising from the January 7, 1983 explosion on property owned by Texaco, Inc. adjacent to facilities owned by Conrail in Newark, New Jersey.  As a result of the explosion several persons, including some Conrail employees, were injured and property owned and being transported by Conrail was damaged.  Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

We are persuaded that the District of New Jersey is the appropriate transferee forum for this litigation.  We note that the explosion occurred in New Jersey and that a majority of the witnesses resides there.

---

*    Judges Andrew A. Caffrey, Fred Daugherty and S. Hugh Dillin recused themselves and took no part in the decision of this matter.

1/  The original motion included one action which was pending in the Eastern District of Pennsylvania and subsequently has been transferred, pursuant to 28 U.S.C. §1404(a), to the District of New Jersey.

2/  The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs.  Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the
actions listed on the following Schedule A and pending in the Northern
District of New York be, and the same hereby are, transferred to the
District of New Jersey and, with the consent of that court, assigned
to the Honorable Dickinson R. Debevoise for coordinated or consoli-
dated pretrial proceedings with the actions pending in that district
and listed on Schedule A.

FOR THE PANEL:

Robert H. Schnacke
Acting Chairman

SCHEDULE A

MDL-618 -- In re Newark, New Jersey, Texaco Explosion on January 7, 1983

Northern District of New York

Donald McCool v. Consolidated Rail Corporation, C.A. No. 84-CV-5891
Robert Travis v. Consolidated Rail Corporation, C.A. No. 84-CV-720

District of New Jersey

Alan Peterson v. Consolidated Rail Corporation, et al., C.A. No. 84-2890
Robert M. Centano, et al. v. Consolidated Rail Corporation, et al., C.A. No. 84-3388(L)
Peter F. O'Donnell, et al. v. Consolidated Rail Corporation, et al., C.A. No. 84-3845